PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
SALVADOR GONZALEZ-FARIAS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>   vs.<br>SALVADOR GONZALEZ-FARIAS,<br>      Defendant. | CASE NO. 1:13-CR-00174-AWI-BAM<br><br>STIPULATION & ORDER TO BRIEFING SCHEDULE TO GOVERNMENT'S *QUINTERO* MOTION FOR CONFLICT OF INTEREST INQUIRY |

     IT IS HEREBY STIPULATED by and between Assistant United States Attorney Karen Escobar, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Salvador Gonzalez-Farias, that the defendant's response to the government's Quintero Motion for Conflict of Interest Inquiry shall be due by the close of the business day on August 16, 2013.

                                                  Respectfully Submitted,

Dated: August 8, 2013　　　　　　　　　　/s/ Preciliano Martinez
　　　　　　　　　　　　　　　　　　　　Preciliano Martinez
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　SALVADOR GONZALEZ-FARIAS

Dated: August 8, 2013　　　　　　　　　　/s/ Karen A. Escobar
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the defendant's response to the government's Quintero Motion for Conflict of Interest Inquiry shall be due by the close of the business day on August 16, 2013.


Dated: __August 8, 2013__        ____/s/ Barbara A. McAuliffe____
                                UNITED STATES MAGISTRATE JUDGE