PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
SALVADOR GONZALEZ-FARIAS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>SALVADOR GONZALEZ-FARIAS,<br>　　　　Defendant. | CASE NO. 1:13-CR-00174-AWI-BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: December 9, 2013<br>Time:1:00p.m.<br>Honorable Barbara A. McAuliffe |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Karen A. Escobar, Counsel for Plaintiff, and Attorney Preciliano Martinez, Counsel for Defendant Salvador Gonzalez-Farias, that the status conference scheduled for October 15, 2013, at 1:00 p.m. be vacated and the status conference be continued to this Court's calendar on December 9, 2013 at 1:00 p.m. Defense received a plea agreement on October 9, 2013, and needs further time to review the plea agreement with the defendant and an interpreter at the Lerdo Max/Med. Facility.

　　　　The Court is advised that counsel have conferred about this request, that they have agreed to the court date of December 9, 2013 and that Ms. Escobar has authorized Preciliano Martinez to sign this stipulation on her behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for further defense investigation and plea negotiations, up to and including December 9, 2013. These needs outweigh the public and defendant's interest in a speedy trial.

Respectfully Submitted,

Dated: October 10, 2013 /s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
SALVADOR GONZALEZ-FARIAS

Dated: October 10, 2013 /s/ Karen A. Escobar
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current October 15, 2013 3rd Status Conference is hereby continued to December 9, 2013 at 1:00 P.M. before Judge McAuliffe. Further Ordered that Time is Excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated: **October 10, 2013** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE