PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax


Attorney for Defendant
SALVADOR GONZALEZ-FARIAS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>　　vs.<br>SALVADOR GONZALEZ-FARIAS,<br>　　　　　　　Defendant. | CASE NO. 1:13-CR-00174-AWI-BAM<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE<br><br>Date: January 13, 2014<br>Time: 1:00p.m.<br>Honorable Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Karen A. Escobar, Counsel for Plaintiff, and Attorney Preciliano Martinez, Counsel for Defendant Salvador Gonzalez-Farias, that the status conference scheduled for December 9, 2013, at 1:00 p.m. be vacated and the status conference be continued to this Court's calendar on January 13, 2014, at 1:00 p.m. Mr. Martinez will be in the Eastern District of Washington for defendant Feliciano Sandoval Pantoja, Case no. 2:12-cr-06030-EFS, at 8:45a.m. on December 10,2013, and will be flying out on December 9, 2013.

The Court is advised that counsel have conferred about this request, that they have agreed to the court date of January 13, 2014 and that Ms. Escobar has authorized Preciliano Martinez to sign this stipulation on her behalf.

1

The parties agree and stipulate that time should be excluded under 18U.S.C. § 3161 (h)(7)(B)(iv)   up to and including January 13, 2014, the ends of justice are served by a granting an exclusion of time, outweighing the best interests of the public & the defendant in a speedy trial.

Respectfully Submitted,

Dated:  November 20, 2013                          /s/ Preciliano Martinez
                                                   Preciliano Martinez
                                                   Attorney for Defendant
                                                   SALVADOR GONZALEZ-FARIAS

Dated:  November 20, 2013                          /s/ Karen A. Escobar
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff


## ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current December 9, 2013, status conference is hereby vacated and reset to January 13, 2014 at 1:00 PM before Judge McAuliffe.  Excludable Time 18U.S.C. § 3161 (h)(7)(B)(iv) up to and including January 13, 2014, the ends of justice are served by a granting an exclusion of time, outweighing the best interests of the public & the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **November 20, 2013**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE